UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　 )<br>　　　　v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>JUSTIN GEBO,　　　　　　　　　　 )<br>　　Defendant　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>_____) | No. 1:23-cr- 53-JL-01<br><br>Possession of a Firearm by a<br>Prohibited Person<br><br>18 U.S.C. §§ 922(g)(1), 922(n), & 922(g)(3) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. §§ 922(g)(1) – Possession of a Firearm by a Prohibited Person]

On or about February 3, 2023, in the District of New Hampshire, the defendant,

**JUSTIN GEBO**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm: a 17 Design and Manufacturing, model 17DM-15, multicaliber rifle, serial number 21-08572, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1).

The Grand Jury further charges:

### COUNT TWO

[18 U.S.C. §§ §§ 922(n) – Possession of a Firearm by a Prohibited Person]

On or about January 1, 2023, in the District of New Hampshire, the defendant,

**JUSTIN GEBO**,

knowing he was under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly receive the following firearm: a Ceska Zrojovka ("CZ"), model

Scorpion EVO 3 S2, 9x19mm short-barreled rifle, with an attached armbrace, serial number C853854, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(n).

The Grand Jury further charges:

## COUNT THREE

[18 U.S.C. §§ §§ 922(g)(3) – Possession of a Firearm by a Prohibited Person]

On or about February 3, 2023, in the District of New Hampshire, the defendant,

**JUSTIN GEBO**,

knowing he was an unlawful user of any controlled substance, as defined in 21 U.S.C. § 802, did possess the following firearm: a 17 Design and Manufacturing, model 17DM-15, multicaliber rifle, serial number 21-08572, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

NOTICE OF CRIMINAL FIREARM FORFEITURE
PURSUANT TO 18 U.S.C. §924(d) AND 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts One, Two, and Three of this Indictment, defendant Justin Gebo shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offenses, including: (A) one 17 Design and Manufacturing, model 17DM-15, multicaliber rifle, serial number 21-08572, with ammunition, and (B) on Ceska Zrojovka ("CZ") model Scorpion EVO 3 S2, 9x19mm short-barreled rifle, with an attached armbrace, serial number C853854.

Dated: July 5, 2023                                                        A TRUE BILL

By: /s/ Geoffrey W. R. Ward                                   /s/ Foreperson
    Geoffrey W. R. Ward                                         Foreperson of the Grand Jury
    Assistant United States Attorney